Certificate Number: 17082-PAM-DE-040926598

Bankruptcy Case Number: 26-01248



17082-PAM-DE-040926598

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 1, 2026, at 1:06 o'clock PM MST, DAVID G EDWARDS Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 1, 2026                    By:     /s/Orsolya K Lazar

                                     Name:   Orsolya K Lazar

                                     Title:  Executive Director