# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| David Glen Edwards Jr., aka Dave Edwards, aka David Edwards, aka David Edwards Jr, aka David G Edwards Jr, | Chapter     7 |
| **Debtor 1** | Case No.     5:26–bk–01248–MJC |
| Roxzann L Reese, aka Roxzann Loretta Reese, aka Rocky Reese, aka Rox Reese, aka Roxzann Reese, | |
| **Debtor 2** | |

Social Security No.:

            xxx–xx–3627          xxx–xx–4516

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**John J Martin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  August 7, 2026

**fnldecac** (05/18)